# MEMORANDUM DECISIONS

THE ATTUALITA. THE MINA. (Circuit Court of Appeals, Fourth Circuit. January 17, 1918.) No. 1582. Appeal from the District Court of the United States, at Norfolk, Va. Hughes, Little & Seawell and Hughes & Vendeventer, all of Norfolk, Va., for appellant. J. Parker Kirlin and John M. Woolsey, both of New York City, and Edward R. Baird, of Norfolk, Va., for appellees.

PER CURIAM. Cause remanded to the United States District Court at Norfolk, Va., on motion of appellant, by and with consent of appellees. See, also, 241 Fed. 530; 238 Fed. 909, 152 C. C. A. 43.

---

BIRD et al. v. CITY OF RICHMOND. (Circuit Court of Appeals, Fourth Circuit. March 14, 1917.) No. 1461. On Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States at Richmond, Va., in Bankruptcy. James E. Cannon, of Richmond, Va., for petitioners. H. R. Pollard, City Atty., and Geo. Wayne Anderson, Asst. City Atty., both of Richmond, Va., for respondent.

PER CURIAM. Judgment of District Court reversed, 240 Fed. 545, 153 C. C. A. 349. June 27, 1917, writ of certiorari of Supreme Court presented.

---

CARRELL v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 22, 1918. Rehearing Denied March 11, 1918.) No. 3089. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. W. J. Carrell was convicted of crime, and he brings error. Affirmed. Wm. H. Atwell, of Dallas, Tex., and D. W. Odell, of Ft. Worth, Tex., for plaintiff in error. Wilmot M. Odell, U. S. Atty., of Ft. Worth, Tex., and Wm. E. Allen, Asst. U. S. Atty., of Dallas, Tex. Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. There was no reversible error in any ruling presented for review in this case. The questions raised are not such as to call for comment or discussion. The judgment is affirmed.

---

CHESAPEAKE & OHIO COAL & COKE CO. v. TOLEDO & O. CENT. RY. CO. (Circuit Court of Appeals, Fourth Circuit. July 5, 1917.) No. 1519. In Error to the District Court of the United States at Charleston, W. Va. Price, Smith, Spilman & Clay, of Charleston, W. Va., for plaintiff in error. Brown, Jackson & Knight, of Charleston, W. Va., for defendant in error.

PER CURIAM. Judgment of District Court (238 Fed. 629) affirmed. 245 Fed. 917, —— C. C. A. ——. August 2, 1917, order allowing writ of error to Supreme Court filed.

---

EASTMAN KODAK CO. v. NATIONAL PARK BANK et al. (Circuit Court of Appeals, Second Circuit. December 11, 1917.) No. 71. Appeal from the District Court of the United States for the Southern District of New York. Hubbell, Taylor, Goodwin & Moser, of Rochester, N. Y. (Walter S. Hubbell and Clarence P. Moser, both of Rochester, N. Y., of counsel), for appellant. Louis F. Doyle, C. H. Payne, Carter, Ledyard & Milburn, and Geller, Ralston & Horan, all of New York City (Edward H. Blanc and James F. Horan, both of New York City, of counsel), for appellees. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree (231 Fed. 320) affirmed.